Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| GWENDOLYN JENSEN-WOODARD, <br><br> Plaintiff, <br><br> vs. <br><br> SUTTELL & ASSOCIATES, PS, <br><br> Defendant. | No. 08-cv-01687-BAT <br><br> STIPULATION AND ORDER FOR DISMISSAL OF PLAINTIFF'S CLAIMS WITH PREJUDICE |

The parties stipulate that plaintiff Gwendolyn Jensen-Woodard's claims against Capital One Bank (USA), N.A., and Suttell & Associates, P.S., shall be dismissed with prejudice and without out costs to any party.

DATED this ___ day of January, 2009.

FORSBERG & UMLAUF, P.S.

By: _____
John F. Jenkel, WSBA#16085
Attorneys for Defendant Suttell & Associates, P.S.
901 - 5th Avenue, Suite 1700
Seattle, WA 98164-1039
Telephone: 206-689-8500
Facsimile: 206-689-8501
E-mail: jjenkel@forsberg-umlauf.com

DATED this ___ day of January, 2009.

Weisberg & Meyers, LLC

By: _____
Jon N. Robbins, WSBA #28991
Attorneys for Plaintiffs
3877 N. Deer Lake Rd.
Loon Lake, WA 99148
Telephone: 509-252-1182
Facsimile: 800-565-1327
E-mail: robbins@attorneysforconsumers.com

STIPULATION AND ORDER FOR DISMISSAL OF PLAINTIFF'S CLAIMS
WITH PREJUDICE – PAGE 1
CAUSE NO. 08-CV-01687-BAT

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1700
SEATTLE, WASHINGTON 98164-2050